UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITA DOMINGO,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　　　　　　　　Defendant. | Case No.:  23-CV-1731-BAS-SBC<br><br>**ORDER ON PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE ENE AND RELATED DATES** |

　　　　Before the Court is Teresita Domingo's ("Plaintiff") Ex Parte Application to Continue ENE and Related Dates ("Application"). (Doc. No. 22.) Plaintiff moves the Court to continue the November 29, 2023, Video Early Neutral Evaluation Conference ("ENE") due to Plaintiff's unavailability. (*See id*.) Plaintiff elaborates she will be on a pre-planned vacation in the Philippines during the ENE and will not have sufficient technology or internet connectivity to participate in the ENE remotely. (*Id*. at 3:6-10.) Defendant does not appear to oppose Plaintiff's request, as Defendant did not file an Opposition to Plaintiff's Application pursuant to this Court's Civil Chambers Rule VIII. For such reason, the Court construes Defendant's silence on the matter as non-opposition to Plaintiff's continuance request.

Having reviewed and considered Plaintiff's submission, the Court finds good cause underlies Plaintiff's Application, given that the Parties have already begun to engage in discovery and met and conferred regarding at least one potential date for a future ENE. (*Id.* at 2:23-26.) Accordingly, the Court GRANTS Plaintiff's Application and VACATES the November 29, 2023, Video ENE and Video Case Management Conference ("CMC"). To that end, **no later than Friday, November 17, 2023**, the Court ORDERS the Parties to lodge with Chambers their **exhaustive** availability throughout December 2023 and January 2024 to participate in a continued Video ENE.

**IT IS SO ORDERED.**

Dated:  November 8, 2023

Hon. Steve B. Chu
United States Magistrate Judge