UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TERESITA DOMINGO, | Case No.: 23-cv-1731-BAS-SBC |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST FOR ORDER TO RELEASE PLAINTIFF'S MEDICAL AND BILLING RECORDS FROM VA SAN DIEGO HEALTHCARE SYSTEM** |
| COSTCO WHOLESALE CORPORATION, et al., | |
| Defendants. | **[ECF NO. 33]** |

On May 13, 2024, the parties filed a Joint Stipulation to Release Plaintiff Teresita Domingo's Medical and Billing Records from Veterans Affairs San Diego Healthcare System ("VA"), in which they request that the Court issue an order directing the VA to release Plaintiff's records. (ECF No. 33.) The parties state that they have requested copies of Plaintiff's medical and billing records from the VA "unsuccessfully on more than one occasion." (*Id.*) They further assert that they require the records in advance of the June 14, 2024 deadline to complete fact discovery, and thus request that the Court order the VA to release Plaintiff's records by no later than May 24, 2024. (*Id.*)

Absent a showing of compliance with Rule 45 of the Federal Rules of Civil Procedure, which governs the issuance of subpoenas on nonparties, the Court is without authority to order the VA to produce the requested records. Accordingly, the parties' joint

request that the Court issue an order directing the VA to release Plaintiff's records is **DENIED WITHOUT PREJUDICE**. One or both of the parties must file a motion to compel compliance with subpoena, with supporting argument and documentation, in order to obtain an order from the Court enforcing the subpoena.

    **IT IS SO ORDERED.**

Dated: May 15, 2024

_____
Hon. Steve B. Chu
United States Magistrate Judge